# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE A. JOSEPH, individually, ) <br> DEMETRIUS JOSEPH, individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEW ALBERTSON'S, INC., dba ) <br> SAV-ON DRUGS, ) <br> ) <br> Defendant. ) | Case No. 2:12-cv-00262-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#16) filed August 10, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 12, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 14, 2013**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

    2.     The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 3rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge