Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendants,
*New Albertson's, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHELE A. JOSEPH, individually,
DEMETRIUS JOSEPH, individually,

          Plaintiffs,

vs.

NEW ALBERTSON'S, INC., a foreign
corporation dba SAV-ON DRUGS; DOES I
through X; inclusive and ROE I through X,
inclusive.

          Defendants.

Case No.    **2:12-cv-00262**

**STIPULATION AND ORDER RE
DISMISSAL WITH PREJUDICE**

## STIPULATION AND ORDER RE DISMISSAL

Plaintiffs MICHEL A. JOSEPH and DEMETRIUS JOSEPH by and through their attorney

of record Bradley S. Mainor, Esq., and Defendant NEW ALBERTSON'S, INC., DBA SAV-ON

DDRUGS by and through its attorney of record Jack P. Burden, Esq., and hereby stipulate to

dismiss this matter with prejudice. Each party will bear their own fees and costs.

1    DATED: 1-23-13                    DATED: 1-23-18

2    BACKUS, CARRANZA & BURDEN         MAINOR WIRTH, LLP

3

4    JACK P. BURDEN, ESQ.              Bradley S. Mainor, Esq.
     3050 South Durango Drive         1215 S. Fort Apache, Suite 120
5    Las Vegas, Nevada 89117          Las Vegas, NV 89117
     (702) 872-5555                   Attorney for Plaintiffs
6    Attorneys for Defendant

7

8                          **ORDER**

9        IT IS SO ORDERED.

10       DATED January 30, 2013.

11

12

13                    UNITED STATES DISTRICT JUDGE

14

15       DATED this 13 day of Jan          , 2013.

16                    Respectfully Submitted,

17                    BACKUS, CARRANZA & BURDEN

18
              By:
19                    Jack P. Burden, Esq.
                      3050 South Durango Drive
20                    Las Vegas, NV 89117
                      Attorneys for Defendant *New Albertson's, Inc.*

21

22

23

24

25
                              2